CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
October 28, 2025
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| Jacob Lee Gubin, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 7:25-cv-00699 |
| ) | |
| Colonel Eric Young, ) | |
| ) | |
| Respondent. ) | |

## **<u>MEMORANDUM OPINION AND ORDER</u>**

Petitioner Jacob Lee Gubin, a Virginia inmate proceeding *pro se*, submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Dkt. 1.) He contends that he is being wrongfully detained for a variety of reasons.

Federal courts cannot consider habeas petitions until the claims asserted have been exhausted. *Brown v. Keohane*, 475 F. Supp. 943, 944 (E.D. Va. 1979). Exhaustion requires that each issue be presented to the state's highest court and considered on the merits. *O'Sullivan v. Boerckel*, 526 U.S. 838, 842–45 (1999). "Put another way, Petitioner cannot directly seek federal court review of a state prison administrative grievance—as a matter of federal law, and based on principles of federalism and comity—without going through the state court system." *Urias v. Soto*, No. CV 15-772 VBF MRW, 2015 WL 3901653, at *2 (C.D. Cal. June 18, 2015).

Gubin's Petition states that he has not exhausted any state court remedies, specifying that he neither appealed to the highest level of state court review nor pursued any state court

post-conviction proceedings prior to submitting this federal habeas action. (Dkt. 1 at 2–6, 7, 9–12.) He does reference a pending Virginia Supreme Court appeal but he notes that the case has not been resolved. *(Id.* at 6, 12). Therefore, at this time, Gubin's claims are unexhausted and premature for this court's consideration. His claims must be dismissed without prejudice, preserving his right to refile in federal court after state court exhaustion is complete. *Brown*, 475 F. Supp. at 944.

For this reason, the court **DISMISSES** this action without prejudice. The Clerk is **DIRECTED** to send a copy of this Memorandum Opinion and Order to Gubin.

**ENTERED** this 28th day of October, 2025.

_____
HON. JASMINE H. YOON
UNITED STATES DISTRICT JUDGE